**UNITED STATES of America, Plaintiff–Appellee**

v.

**Sylvia Espinoza ESCOVEDO, also known as China, Defendant–Appellant.**

No. 11–50523
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 23, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Law Firm, Boerne, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sylvia Espinoza Escovedo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 229 (5th Cir.2011). Escovedo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

The record does reveal a clerical error in the judgment. The judgment should be corrected to reflect that Escovedo is ordered to pay a special assessment of $100.00 rather than $100,00. *See* FED. R.CRIM.P. 36.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. This matter is REMANDED for correction of the clerical error pursuant to Federal Rule of Criminal Procedure 36.